# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:23−bk−06698−EPB

PHAT RIDES, INC  Chapter: 11
aka PHAT SCOOTERS, INC
aka PHAT SCOOTERS, LLC
3405 S INDUSTRIAL PARK AVE
TEMPE, AZ 85282
SSAN:
EIN: 88−4089031

Debtor(s)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on 9/25/23 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or responsive pleading to the petition within 21 days after the service of this summons. Bankruptcy Rule 1011. A copy of the petition is attached.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney or if unrepresented, upon the petitioner.

| Name and Address of Petitioner or Petitioner's Attorney | MICHAEL F KNAPP<br>8300 E DIXILETA DR, #295<br>SCOTTSDALE, AZ 85266<br><br>ANDREW FAYNIK<br>7036 W MELODY DR<br>LEVINE, AZ 85339<br><br>JOHN DONORTY<br>5391 MONDALE AVE<br>SACRAMENTO, CA 95819<br><br>MICHAEL BILLINGSLEY<br>4665 RED DEER TRAIL<br>BROOMFIELD, CO 80020 |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.
**Date: September 25, 2023**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov



**Khadijia V. White–Thomas**